John Dragos, Respondent, v. Munson Steamship Line, Appellant.*— Judgment affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for a reversal and a dismissal of the complaint upon the ground that the act complained of did not constitute actionable

---

* Affd., 249 N. Y. 563.

negligence and that the slipping of the hook was an incident of the employment for which appellant was not liable.